IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LEE SUNDAY, | ) | |
| AIS # 213453, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  3:11cv544-MEF |
| | ) | |
| BILLY MITCHEM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objections (Doc. #5) to the Recommendation of the Magistrate Judge filed on July 25, 2011 are overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #4) entered on July 13, 2011 is adopted;

3.  The petition for habeas corpus relief be and is hereby denied;

4.  This case be and is hereby dismissed in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A);

5.  Costs be and are hereby TAXED against the petitioner.

DONE this the 6th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE